```
FILED
March 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
[signature]
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FELICIA PATRICIA GRANT, ) <br> ) <br> Defendant. ) | Case No. MAG. 07-0068-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FELICIA PATRICIA GRANT, Case No. MAG. 07-0068-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      _X_   Bail Posted in the Sum of $75,000.00

            _X_   Unsecured Appearance Bond

            ___   Appearance Bond with 10% Deposit

            ___   Appearance Bond with Surety

            _X_   (Other) Conditions as stated on the record

            ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 15, 2007 at 3:00 pm.

By  /s/ Edmund F. Brennan
      Edmund F. Brennan
      United States Magistrate Judge