1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6^(TH) FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  JOHN ANDERSON

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) Case No.  CR.S-07-118-WBS
12             Plaintiff,       )
                                ) **STIPULATION OF THE PARTIES**
13     v.                       ) **TO Continue status; Order**
                                ) **thereon**
14                              )
                                ) Date: July 9 2007
15 JOHN ANDERSON,               ) Time: 9:00 A.m.
                                ) Judge: Hon. William B. Shubb
16             Defendant.
   _____
17
        IT IS HEREBY STIPULATED by and between the parties
18
   hereto through their respective counsel, JILL THOMAS,
19
   Assistant United States Attorney,  MARK J. REICHEL, Assistant
20
   Federal Defender, attorney for defendant Anderson, that the
21
   present date for the status conference shall be continued to
22
   July 9, 2007.
23
        All counsel and defendant agree that time under the
24
   Speedy Trial Act from the date this stipulation is lodged
25
   through July 9, 2007 should be excluded in computing the time
26
   within which trial must commence under the Speedy Trial Act,
27
28 Stip

1 | pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
2 | Code T4 for effective defense preparation.
3 | DATED: June 22, 2007.                Respectfully submitted,
4 |                                      /s/ MARK J. REICHEL
  |                                      MARK J. REICHEL
5 |                                      Attorney for Defendant
6 |
  |                                      McGREGOR W.  SCOTT
7 |                                      United States Attorney
8 | DATED: June 22, 2007.                /s/MARK J. REICHEL for:
  |                                      JILL THOMAS
9 |                                      Assistant U.S. Attorney
  |                                      Attorney for Plaintiff
10 |
11 |                          **O R D E R**
12 |     **IT IS SO ORDERED.**  Time is excluded in the interests of justice
13 | pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
14 | DATED: June 22, 2007
15 | _[signature]_
   | WILLIAM B. SHUBB
16 | UNITED STATES DISTRICT JUDGE

Stip and Order                                    2