MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                       )<br>          Plaintiff,                   )<br>                                       )<br>     v.                                )<br>                                       )<br>                                       )<br>JOHN ANDERSON, et al.                  )<br>                                       )<br>          Defendant.                   )<br>_____ | Case No.  CR.S-07-118-WBS<br><br>**STIPULATION OF THE PARTIES TO Continue; Order thereon**<br><br>Date: **July 30, 2007**<br>Time: 9:00 A.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, Assistant Federal Defender, attorney for defendant Anderson, CARO MARKS, Assistant Federal Defender, attorney for defendant Grant, that the present date for the status conference shall be continued to **July 30, 2007.**

    All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through **July 30, 2007** should be excluded in computing the

Stip

time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: July 6, 2007.        Respectfully submitted,

```
                            /s/ MARK J. REICHEL
                            MARK J. REICHEL
                            Attorney for Defendant


DATED: July 6, 2007         /s/ CARO MARKS
                            Attorney for defendant Grant


                            McGREGOR W.  SCOTT
                            United States Attorney

DATED: July 6, 2007.        /s/MARK J. REICHEL for:
                            JILL THOMAS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded through July 30, 2007, in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                                    2