FILED
August 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR S-07-0118 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JOHN L. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN L. ANDERSON , Case No.  CR S-07-0118 WBS , Charge  Title 21 USC § 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

X    Bail Posted in the Sum of $ _$100,000.00 to be secured by property w/i 2 weeks. Until posting unsecured co-signer._

__    Unsecured Appearance Bond

__    Appearance Bond with 10% Deposit

__    Appearance Bond with Surety

__    Corporate Surety Bail Bond

X    (Other)   _Pretrial Services limited Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 16, 2007  at  2:40  pm.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge