MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>JOHN ANDERSON, et al.                )<br>                                     )<br>            Defendant.               )<br>_____ | Case No.  CR.S-07-118-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE**<br><br>Date: June 23, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant Anderson, that the present date for the status conference shall be continued to June 23, 2008.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through June 23, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Local Code T4 for effective defense preparation.

DATED: April 25, 2008.				Respectfully submitted,

						/s/ MARK J. REICHEL
						MARK J. REICHEL
						Attorney for Defendant


						McGREGOR W. SCOTT
						United States Attorney

DATED: April 25, 2008.				/s/MARK J. REICHEL for:
						JILL THOMAS
						Assistant U.S. Attorney
						Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: April 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2