1  McGREGOR W. SCOTT
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S CR 07-118 WBS
12           Plaintiff,             )
                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
13                                  )  RESCHEDULING STATUS CONFERENCE,
                                    )  AND EXCLUDING TIME UNDER THE
14                                  )  SPEEDY TRIAL ACT
        v.                          )
15                                  )
   JOHN ANDERSON,                   )
16                                  )
             Defendant.             )
17 _____ )

18      The United States of America, through its counsels of

19 record, McGregor W. Scott, United States Attorney for the Eastern

20 District of California, and Jill M. Thomas, Assistant United

21 States Attorney, and defendant John Anderson, through his counsel

22 of record, Mark Reichel, hereby stipulate and agree that the

23 status conference set for June 23, 2008, should be continued to

24 August 11, 2008, at 8:30 a.m.

25      The parties seek additional time to prepare.  Therefore, the

26 parties have agreed and respectfully request that the Court

27 reschedule the status conference for August 11, 2008, at 8:30

28 a.m.  Accordingly, the parties stipulate that time be excluded

                                    1

1  pursuant to Local Code T4.

2  IT IS SO STIPULATED.

3                                    McGREGOR W. SCOTT
                                     United States Attorney
4
   Dated: June 17, 2008        By:  /s/ Jill M. Thomas
5                                   JILL M. THOMAS
                                    Assistant U.S. Attorney
6                                   Attorney for Plaintiff

7

8  DATED: June 17, 2008        By:  /s/ Mark J. Reichel
                                    MARK J. REICHEL
9                                   Attorney for Defendant
                                    JOHN ANDERSON
10

11
                              **ORDER**
12
       1.   A status conference is set for August 11, 2008, at 8:30
13
   A.M.
14
       2.   Based on the party's representations, the Court finds
15
   that the ends of justice outweigh the best interest of the public
16
   and Defendant in a speedy trial.  Accordingly, time under the
17
   Speedy Trial Act shall be excluded through August 11, 2008.
18
       **IT IS SO ORDERED.**
19
20 DATED:  June 18, 2008

21

22                             WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28