0MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>                                     )<br> JOHN ANDERSON,                      )<br>                                     )<br>            Defendant.               )<br>_____ | Case No.  CR.S-07-118-WBS<br><br>**STIPULATION OF THE PARTIES<br>TO Continue; Order thereon**<br><br>Date: August 25, 2008<br>Time: 8:30 A.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant Anderson, that the present date for the status conference shall be continued to August 25, 2008.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through August 25, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip

1  Local Code T4 for effective defense preparation.

2  DATED: August 15, 2008.          Respectfully submitted,

3                                    /s/ MARK J. REICHEL
                                                            MARK J. REICHEL
4                                    Attorney for Defendant

5

6                                    McGREGOR W. SCOTT
                                     United States Attorney
7
   DATED: August 15, 2008.          /s/MARK J. REICHEL for:
8                                    JILL THOMAS
                                     Assistant U.S. Attorney
9                                    Attorney for Plaintiff

10
                                **O R D E R**
11
       **IT IS SO ORDERED.** Time is excluded in the interests of
12 justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
   Code T4.  The status conference shall be continued to August
13 25, 2008 at 8:30 a.m.

14

15 DATED: August 15, 2008

16                         _[signature]_

17                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28