MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No.  CR.S-07-118-WBS
            Plaintiff,             )
                                   )   **STIPULATION OF THE PARTIES**
      v.                           )   **TO Continue; Order thereon**
                                   )
                                   )   Date: September 8, 2008
                                   )   Time: 8:30 A.m.
JOHN ANDERSON,                     )   Judge: Hon. William B. Shubb
                                   )
            Defendant.
_____

      IT IS HEREBY STIPULATED by and between the parties
hereto through their respective counsel, JILL THOMAS,
Assistant United States Attorney,  MARK J. REICHEL, attorney
for defendant Anderson, that the present date for the status
conference shall be continued to September 8, 2008 at 8:30
a.m.

      All counsel and defendant agree that time under the
Speedy Trial Act from the date this stipulation is lodged
through September 8, 2008 should be excluded in computing the
time within which trial must commence under the Speedy Trial

Stip

1  Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

2  Local Code T4 for effective defense preparation.

3  DATED: August 26, 2008.          Respectfully submitted,

4                                   /s/ MARK J. REICHEL
                                    MARK J. REICHEL
5                                   Attorney for Defendant

6

7                                   McGREGOR W.  SCOTT
                                    United States Attorney
8

9  DATED: August 26, 2008.          /s/MARK J. REICHEL for:
                                    JILL THOMAS
                                    Assistant U.S. Attorney
10                                   Attorney for Plaintiff

11                          **O R D E R**

12
        **IT IS SO ORDERED.**  Time is excluded in the interests of
13  justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
    Code T4.  The Status Conference is continued to September 8,
14  2008 at 8:30 a.m.

15
    DATED: August 26, 2008
16

17  _____

18  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stip and Order                    2