MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>               Plaintiff,           )<br>                                    )<br>      v.                            )<br>                                    )<br>                                    )<br>JOHN ANDERSON, et al.               )<br>                                    )<br>               Defendant.           )<br>_____ | Case No.  CR.S-07-118-WBS<br><br>**STIPULATION OF THE PARTIES**<br>**TO Continue; Order thereon**<br><br>Date: September 29, 2008<br>Time: 8:30 A.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant Anderson, that the present date for the status conference shall be continued to September 29, 2008 at 8:30 a.m.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through September 29, 2008 should be excluded in computing the time within which trial must commence under the Speedy

Stip

Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: September 9, 2008.                    Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant


McGREGOR W. SCOTT
United States Attorney

DATED: September 9, 2008.        /s/MARK J. REICHEL for:
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  The Status Conference is continued to September 29, 2008 at 8:30 a.m.


DATED: September 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                               2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28