McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S 07-118-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | RESETTING STATUS CONFERENCE, |
| v. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| ) | |
| JOHN ANDERSON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant, JOHN ANDERSON, through his attorney of record, Mark J. Reichel, hereby stipulate and agree that the change of plea hearing set for October 14, 2008, be continued to November 17, 2008, at 8:30 a.m.

The parties are working on a resolution, and counsel needs additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of November 17, 2008 at 8:30 a.m., for the change of plea hearing.

Accordingly, the parties stipulate that time be excluded

1

pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4 - additional time to prepare.

IT IS SO STIPULATED.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: October 10, 2008      By:    /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


Dated: October 10, 2008      By:    /s/ Mark J. Reichel
                                    MARK J. REICHEL
                                    Attorney for
                                    JOHN ANDERSON
```

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for the change of plea hearing as set forth above.

The Court finds excludable time as set forth above to and including November 17, 2008.

**IT IS SO ORDERED.**

DATED:  October 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2