1   MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
2   555 CAPITOL MALL, 6TH FLOOR, Suite 600
    Sacramento, California  95814
3   Telephone:  (916) 498-9258
    FAX:        (916) 441-6553
4   mark@reichellaw.com
    www.reichellaw.com
5
    Attorney for Defendant
6   JOHN ANDERSON

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )   Case No.  CR.S-07-118-WBS
12              Plaintiff,        )
                                 )   **STIPULATION OF THE PARTIES**
13      v.                       )   **TO Continue; Order thereon**
                                 )
14                               )   Date: December 1, 2008
                                 )   Time: 8:30 A.m.
15  JOHN ANDERSON,               )   Judge: Hon. William B. Shubb
                                 )
16              Defendant.
    _____

17
         IT IS HEREBY STIPULATED by and between the parties
18
    hereto through their respective counsel, JILL THOMAS,
19
    Assistant United States Attorney,  MARK J. REICHEL, attorney
20
    for defendant Anderson, that the present date for the status
21
    conference shall be continued to December 1, 2008.
22
         All counsel and defendant agree that time under the
23
    Speedy Trial Act from the date this stipulation is lodged
24
    through December 1, 2008 should be excluded in computing the
25
    time within which trial must commence under the Speedy Trial
26
    Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and
27

28  Stip

1   Local Code T4 for effective defense preparation.

2   DATED: November 17, 2008.      Respectfully submitted,

3                            /s/ MARK J. REICHEL
                           MARK J. REICHEL

4                            Attorney for Defendant

5

6                            McGREGOR W.  SCOTT
                           United States Attorney

7

8   DATED: November 17, 2008.      /s/MARK J. REICHEL for:
                           JILL THOMAS
                           Assistant U.S. Attorney

9                            Attorney for Plaintiff

10                        **O R D E R**

11

12     **IT IS SO ORDERED.**   Time is excluded in the interests of justice
pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

13   DATED: November 17, 2008

14

15   WILLIAM B. SHUBB
  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                                               2