MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6ᵀᴴ FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S-07-118-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION OF THE PARTIES** |
| v. ) | **TO Continue; Order thereon** |
| ) | |
| ) | Date: January 5, 2009 |
| ) | Time: 8:30 A.m. |
| JOHN ANDERSON, et al. ) | Judge: Hon. William B. Shubb |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant Anderson, that the present date for the status conference shall be continued to January 5, 2009 at 8:30 a.m.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through January 5, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip

1  Local Code T4 for effective defense preparation.
2  DATED: December 1, 2008.  Respectfully submitted,
3  　　　　　　　　　　　　　　　　　　/s/ MARK J. REICHEL
　　　　　　　　　　　　　　　　　MARK J. REICHEL
4  　　　　　　　　　　　　　　　　　Attorney for Defendant
5
6  　　　　　　　　　　　　　　　　　McGREGOR W.  SCOTT
　　　　　　　　　　　　　　　　　United States Attorney
7
   DATED: December 1, 2008.  /s/MARK J. REICHEL for:
8  　　　　　　　　　　　　　　　　　JILL THOMAS
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
9  　　　　　　　　　　　　　　　　　Attorney for Plaintiff
10
                         **O R D E R**
11
12     **IT IS SO ORDERED.**  Time is excluded in the interests of justice
13  pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  The
14  status conference is continued to January 5, 2009 at 8:30 a.m.
15  DATED: November 26, 2008
16
17  　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stip and Order                           2