MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.  CR.S-07-118-WBS |
| Plaintiff, | ) |
| | ) **STIPULATION OF THE PARTIES** |
| v. | ) **TO Continue; Order thereon** |
| | ) |
| | ) Date: February 2, 2009 |
| | ) Time: 8:30 A.m. |
| JOHN ANDERSON, | ) Judge: Hon. William B. Shubb |
| | ) |
| Defendant. | |
| _____ | |

IT IS HEREBY STIPULATED by and between the parties
hereto through their respective counsel, JILL THOMAS,
Assistant United States Attorney, MARK J. REICHEL, attorney
for defendant Anderson, that the present date for the status
conference shall be continued to February 2, 2009.

All counsel and defendant agree that time under the
Speedy Trial Act from the date this stipulation is lodged
through February 2, 2009 should be excluded in computing the
time within which trial must commence under the Speedy Trial
Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip

1   Local Code T4 for effective defense preparation.

2   DATED: January 20, 2009.  Respectfully submitted,

3                                    /s/ MARK J. REICHEL
                                     MARK J. REICHEL
4                                    Attorney for Defendant

5

6                                    McGREGOR W.  SCOTT
                                     United States Attorney
7

8   DATED: January 20, 2009.  /s/MARK J. REICHEL for:
                                     JILL THOMAS
9                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff

10                         O R D E R

11       **IT IS SO ORDERED.**  Time is excluded in the interests of justice

12  pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  The

13  Status Conference is continued to February 2, 2009 at 8:30 a.m.

14

15  DATED: January 16, 2009

16

17

18                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stip and Order                    2