MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>JOHN ANDERSON               )<br>                            )<br>           Defendant.       )<br>_____ | Case No.  CR.S-07-00118-WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date: March 9, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the status conference presently set for February 23, 2009 is hereby vacated and re set for March 9, 2009.

   In the time period from the date of this stipulation, up and until the next court hearing, defense counsel will be interviewing witnesses, reviewing extensive discovery, conducting plea negotiations, and conducting legal research in the matter. The defendant, his counsel, and the government agree to an exclusion of time under the Speedy Trial Act up and until the next court hearing.

   IT IS SO AGREED:

```
DATED: February 19, 2009        MARK J. REICHEL
                                ATTORNEY AT LAW
                                Attorney for defendant


                                /S/ Mark Reichel


DATED: February 19, 2009        LAWRENCE BROWN
                                UNITED STATES ATTORNEY


                                /s/ Mark Reichel

                                By JILL THOMAS
                                   ASSISTANT UNITED STATES
ATTORNEY
```

**IT IS SO ORDERED**. The schedule as set forth above is adopted. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

DATED: February 20, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2