MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOHN ANDERSON, et al. ) <br> ) <br> Defendant. ) | Case No. CR.S-07-118-WBS <br> **STIPULATION OF THE PARTIES TO Continue; Order thereon** <br> Date: March 16, 2009 <br> Time: 8:30 A.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant Anderson, that the present date for the status conference shall be continued to March 16, 2009 at 8:30 a.m.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through March 16, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip

Local Code T4 for effective defense preparation.

DATED: March 9, 2009.   Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant


LAWRENCE BROWN
United States Attorney

DATED: March 9, 2009.   /s/MARK J. REICHEL for:
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: March 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE