MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S-07-118-WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE** |
| | ) |
| JOHN ANDERSON | ) Date: MARCH 23, 2009 |
| | ) Time: 8:30 |
| Defendant. | ) Judge: Hon. William B. Shubb |
| | ) |

The parties hereto agree to re calendar the Change of Plea hearing for March 23, 2009 at 8:30 a.m. In that time, defense counsel will continue to evaluate the discovery provided, conduct necessary legal research, engage in negotiations with the United States, and interview potential witnesses in the case.

Based upon the foregoing, the parties agree to an exclusion of time in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Respectfully submitted

Stip and Order

Dated: March 13, 2009          /s/ Mark J. Reichel

                               MARK J. REICHEL
                               Attorney for Defendant


DATED: March 13, 2009          LAWRENCE BROWN
                               UNITED STATES ATTORNEY

                               /s/ Mark Reichel

                               By JILL THOMAS
                               ASSISTANT U.S. ATTORNEY

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4. The Change of Plea hearing is continued from March 16, 2009 to March 23, 2009 at 8:30 a.m.

Dated: March 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                           2