

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

**INTEROFFICE MEMORANDUM**

**TO:** Karen Kirksey Smith, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** Thomas H. Brown
Senior United States Probation Officer

**DATE:** May 11, 2009

**SUBJECT:** John L. ANDERSON
Docket Number: 2:07CR00118-02 WBS
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on June 1, 2009. Based on the unavailability of the probation officer due to a family emergency, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 08/24/2009 at 8:30 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/17/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/10/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/03/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/20/2009 |

**Reviewed by:** _____
KAREN A. MEUSLING
**Supervising United States Probation Officer**

THB:thb
cc: Jill Thomas, Assistant United States Attorney
Mark J. Reichel, Defense Counsel

Rev. 05/2006
CONTINUANCE – TO CT CLERK (SCHED).MRG