MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>            Plaintiff,     )<br>                           )<br>     v.                    )<br>                           )<br>                           )<br>                           )<br> JOHN ANDERSON,            )<br>                           )<br>            Defendant.     | Case No.  CR.S-07-118-WBS<br><br>STIPULATION TO EXTEND DATE<br>FOR SELF SURRENDER<br><br><br><br>Date: January 11, 2010<br>Time: 2 p.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel, as follows:

   The that the present date for the Self surrender of this defendant is continued to January 11, 2010 at 2:00 p.m.  The defendant, out of custody, and sentenced in September 0f 2009, has been designated by the Bureau of Prisons to El Reno, Oklahoma. His counsel is attempting to re locate his designation closer to California.  He has extensive children and family in California. His counsel is attempting to secure

Stip on self surrender

a California designation, and needs additional time to work with the Bureau of Prisons on this matter.

DATED: December 4, 2009.  Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

DATED: December 4, 2009.   /s/MARK J. REICHEL for:
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  All other orders of release and self surrender shall remain in full force and effect.

DATED: December 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE